# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STUMP & SONS, INC.,<br><br>Defendant. | Case No. 20-cv-01791-JSC<br><br>**ORDER TO SHOW CAUSE TO DEFENDANT** |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al., filed this ERISA action against Stump & Sons, Inc., alleging breach of a collective bargaining agreement that required Stump & Sons to pay monthly employee fringe benefit contributions to the trust funds administered by Plaintiffs. (Dkt. No. 1.) On May 21, 2020, Defendant filed an answer to the complaint pro se though Ms. Joann Morgan who indicates that Defendant cannot afford an attorney. (Dkt. No. 12 at 6-7.) However, a corporation cannot be represented by a non-attorney. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); *see also Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only through licensed counsel"). Defendant is advised that it must obtain counsel to represent it in this action. **Accordingly, on or before June 25, 2020, counsel must make an appearance on Defendant's behalf.** Defendant may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance.

Plaintiffs' motion for entry of default is held in abeyance pending appearance of counsel.

(Dkt. No. 10.) If no counsel appears on Defendant's behalf by June 26, 2020, the Court will consider the motion for entry of default as default is the appropriate remedy for an unrepresented corporation. *See United States v. High Country Broadcasting Co., Inc*., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming district court's entry of default judgment against the corporation when the corporation failed to retain counsel for the duration of the litigation and attempted to proceed through its unlicensed president and sole shareholder).

**IT IS SO ORDERED.**

Dated: June 5, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge